UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES ALBERT NEELY,
    Plaintiff,
    v.
R. L. BRIGGS, et al.,
    Defendants.

Case No. 15-cv-00308-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events occurring in the Eastern District of California, specifically at the Contract Beds Unit and at the Office of Appeals of the California Department of Corrections and Rehabilitation, both of which are in Sacramento County. Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
JOSEPH C. SPERO
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES ALBERT NEELY,

    Plaintiff,

  v.

R. L. BRIGGS, et al.,

    Defendants.

Case No. 15-cv-00308-JCS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 2/3/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Albert Neely ID: AE6507
Taft Modified Community Correctional Facility
P.O. Box 1017
Taft, CA 93268

Dated: 2/3/2015

Richard W. Wieking
Clerk, United States District Court

By:_*Karen L. Hom*_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2