# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALBERT NEELY,<br><br>   Plaintiff,<br><br>   v.<br><br>D. RUFFIN,<br><br>   Defendant. | Case No.: 1:15-cv-00197-LJO-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>[ECF No. 33] |

Plaintiff Charles Albert Neely is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 23, 2016, Plaintiff filed a motion for discovery, via a "Pitchess" motion.

On November 15, 2016, the Court issued the discovery and scheduling order, setting the discovery deadline as July 15, 2017.  (ECF No. 31.)  In that order, Plaintiff was advised that discovery requests shall be served on the parties, and discovery requests shall not be filed with the Court unless required to applicable Local Rules.  (Id.)  Plaintiff's request for discovery is disregarded as it was improperly filed with the Court.

IT IS SO ORDERED.

Dated:   **November 29, 2016**

UNITED STATES MAGISTRATE JUDGE

1