1

2

3

4

5

6

7

8                                          **UNITED STATES DISTRICT COURT**

9                                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    CHARLES ALBERT NEELY,                     )    Case No.: 1:15-cv-00197-LJO-SAB (PC)
                                                )
12                      Plaintiff,              )
                                                )    ORDER STRIKING PLAINTIFF'S RESPONSE
13              v.                              )    AND OBJECTIONS TO DEFENDANT'S
                                                )    ANSWER TO THE SECOND AMENDED
14    D. RUFFIN,                                )    COMPLAINT
                                                )
15                      Defendant.              )    [ECF No. 34]
                                                )
16    _____          )

17         Plaintiff Charles Albert Neely is appearing pro se and in forma pauperis in this civil rights

18    action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the

19    jurisdiction of the United States Magistrate Judge on February 17, 2015.  Local Rule 302.

20         This is action is proceeding against Defendant D. Ruffin for excessive force in violation of the

21    Eighth Amendment.

22         On November 10, 2016, Defendant Ruffin filed an answer to Plaintiff's second amended

23    complaint.  (ECF No. 17.)  On November 23, 2016, Plaintiff filed a response to Defendant's answer.

24    (ECF No. 23.)

25         Rule 7 of the Federal Rules of Civil Procedure provides as follows:

26         There shall be a complaint and an answer; a reply to a counterclaim denominated as
           such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party
27         complaint, if a person who was not an original party is summoned under the provisions
           of Rule 14; and a third-party answer, if a third-party complaint is served.  No other
28

                                                    1

1
2

       pleading shall be allowed, except that the court may order a reply to an answer or a
       third-party answer.

3

Fed. R. Civ. P. 7(a).  Because the Court did not order Plaintiff to reply to answer, Plaintiff's response

4

is HEREBY STRICKEN from the record.

5

6

IT IS SO ORDERED.

7

Dated:     **November 29, 2016**

8

                                 UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28